IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., ) | |
| Plaintiff, ) | |
| ) | Case No.: 24-cv-11371 |
| v. ) | |
| ) | |
| BR BROWS + BEAUTY, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |

**PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1, the plaintiff Creative Photographers, Inc. ("Plaintiff"), by and through the undersigned counsel, respectfully moves this Court for an order compelling the defendant BR Brows + Beauty, Inc. to produce all documents responsive to Request Nos. 5, 8, and 11 of Plaintiff's First Set of Requests for Production. In support of this motion, Plaintiff relies on the accompanying declaration, exhibits thereto, and the memorandum of law filed contemporaneously herewith.

Dated: September 26, 2024

Respectfully submitted,

/s/ R. Terry Parker
R. Terry Parker, Esquire (BBO No. 569008)
Law Office of R. Terry Parker
43 West 43rd Street, Suite 275
New York, New York 10036-742
Telephone: (212) 859-5068
Email: terry@rterryparkerlaw.com

*Attorney for Plaintiff*
*Creative Photographers, Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

      I, R. Terry Parker, hereby certify on September 26, 2023 that I conferred by telephone with counsel for Defendant in a good faith effort to resolve or narrow the issues in Plaintiff's Motion to Compel.  The parties were able to resolve a number of issues, notably Defendant agreed to amend, by October 4 its deficient responses to Request Nos. 1-4, 6-7, 9-10, 12-13, 15-18, 19-21, 23-38, 40 and 41.  However, the parties were unable to resolve or narrow their dispute as to Defendant's refusal to produce documents responsive to Request 5, 8, and 11.

                                            */s/ R. Terry Parker*
                                            R. Terry Parker

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first class and electronic mail to those indicated as non-registered participants on September 26, 2024.

                                              */s/ R. Terry Parker*
                                              R. Terry Parker